## United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 252 | **DATE** | 5/11/2011 |
| **CASE TITLE** | Duoline Technologies LP v. McClean Anderson LLC | | |

**DOCKET ENTRY TEXT:**

Pursuant to request of the court and with agreement of parties, telephonic conference set for May 12, 2011 at 11:00 a.m.  Defendant's counsel to initiate call at 815-987-4480 ext 2.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|