# United States District Court, Western District of Wisconsin

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 252 | **DATE** | 5/12/2011 |
| **CASE TITLE** | Duoline Technologies LP v. McClean Anderson LLC | | |

**DOCKET ENTRY TEXT:**

Telephonic settlement/mediation held with attorneys over a two-hour period. The court will confer again with the attorneys by telephone on May 13, 2011.

*Philip G. Reinhard*

Electronic Notices.

02:00

| | Courtroom Deputy Initials: | JT |
|---|---|---|