# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 252 | **DATE** | 5/19/2011 |
| **CASE TITLE** | Duoline Technologies LP v. McClean Anderson LLC | | |

**DOCKET ENTRY TEXT:**

Numerous telephonic conferences held with attorneys on May 13, 16, 17, and 18, 2011.  Case settled. Counsel to prepare a stipulation to dismiss.

*Philip G. Reinhard*

Electronic Notices.

03:00

| | Courtroom Deputy Initials: | JT |
|---|---|---|